**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW HOHNS, | Case No.: 19 Civ. 8654 (AT) |
| Plaintiff, | |
| v. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| MARINER INVESTMENT GROUP, LLC, | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Mariner Investment Group LLC hereby certifies that Mariner Investment Group is a wholly-owned subsidiary of MIG Holdings, LLC; that approximately 70% of MIG Holdings, LLC, is owned by OAM Capital, LLC, and the remainder by certain current employees, their family members, and trusts set up by such persons; that OAM Capital, LLC is a wholly-owned subsidiary of OAM Holdings, LLC; that OAM Holdings, LLC is a wholly-owned subsidiary of ORIX Global Asset Management, LLC; that ORIX Global Asset Management, LLC is a wholly-owned subsidiary of ORIX OPCO Holdings, LLC; that ORIX OPCO Holdings, LLC, is a wholly-owned subsidiary of ORIX Capital Markets, LLC; that ORIX Capital Markets, LLC, is a wholly-owned subsidiary of ORIX Corporation USA; and that ORIX Corporation USA is a wholly-owned subsidiary of ORIX Corporation (ORIX Kabushiki Kaisha), a publicly-traded corporation whose securities trade on the New York Stock Exchange under the ticker symbol IX and on the Tokyo Stock Exchange under the ticker symbol 8591.

| | |
|---|---|
| Dated: New York, New York<br>September 27, 2019 | Respectfully submitted,<br><br>*/s/ Matthew Solum, P.C.*<br>Matthew Solum, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>msolum@kirkland.com<br><br>*Counsel for Defendant Mariner Investment Group, LLC* |