UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW HOHNS,<br><br>          Plaintiff,<br><br>     -v.-<br><br>MARINER INVESTMENT GROUP, LLC<br><br><br>          Defendant. | Civ. No.: 1:19-cv-08654-AT |

**PLAINTIFF ANDREW HOHNS' NOTICE OF MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings in this action, Plaintiff Andrew Hohns will move this Court, before the Honorable Analisa Torres, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 15D, 500 Pearl Street, New York New York, for an order dismissing Defendant Mariner Investment Group, LLC's counterclaim (Dkt.# 18), pursuant Federal Rule of Civil Procedure 12(b)(6).

Dated:   November 1, 2019             Respectfully submitted,
         New York, New York

                                      S / *John A. Vassallo, III*
                                      **MORGAN, LEWIS & BOCKIUS LLP**
                                      John A. Vassallo, III (JV6019)
                                      101 Park Avenue
                                      New York, NY  10178-0600
                                      Telephone:  (212) 309-6000
                                      Facsimile:  (212) 309-6001
                                      john.vassallo@morganlewis.com

                                      **MORGAN, LEWIS & BOCKIUS LLP**
                                      Brian W. Shaffer (admitted *pro hac vice*

Case 1:19-cv-08654-AT   Document 21   Filed 11/01/19   Page 2 of 2

        Jose M. Sabalbaro (*pro hac vice* to be filed*)*
        1701 Market Street, Philadelphia, PA  19130
        Telephone:  (215) 963-5000
        Facsimile:  (215) 963-5001
        brian.shaffer@morganlewis.com
        jose.sabalbaro@morganlewis.com

        *Counsel for Plaintiff Andrew Hohns*